AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00249 |
| William Christopher Lyon | ) Assigned to: Judge Faruqui, Zia M. |
|  | ) Assign Date: 8/13/2024 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| _____ | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __William Christopher Lyon__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/13/2024                                       *Zia M. Faruqui*
_____
Issuing officer's signature

City and state:  Washington, D.C.            Zia M. Faruqui, U.S. Magistrate Judge
_____
Printed name and title

### Return

This warrant was received on (date) 08/13/2024, and the person was arrested on (date) 08/19/2024
at (city and state) Conroe, Texas.

Date: 08/20/2024

_____
Arresting officer's signature

Travis Weaver    Special Agent
_____
Printed name and title